UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 26-22680 (DSJ) |
| VICTOR DEDVUKAJ, | Chapter 13 |
| Debtor. | |

---------------------------------------------------X

**ORDER ALLOWING ADDITIONAL TIME TO FILE SCHEDULES & PLAN**

Upon the application [ECF No. 19] of the above-named debtor dated September 3, 2026 for an Order allowing additional time to file schedules and plan, it is hereby

ORDERED, that the application is granted pursuant to Bankruptcy Rule 9006(b) and Bankruptcy Rule 1007(c); and it is further

ORDERED, that the above-captioned debtor has an additional 14 days until September 17, 2026 to file the schedules and plan; and it is further

ORDERED, that the debtor is directed to serve a copy of this Order and Application upon which it is based on the Chapter 13 Trustee.

Dated: New York, New York
September 15, 2026

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE